# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **WALLACE STEPHENS,** )  | |
| )  | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No: 5:13-cv-01244-CLS-JHE |
| ) | |
| **WARDEN CARTER,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on April 4, 2014, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as moot. (Doc. 12). Plaintiff has filed no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Accordingly, the complaint is due to be DISMISSED as MOOT. A Final Judgment will be entered.

DONE this 30th day of April, 2014.

_____
United States District Judge